IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston

**ENTERED**

FEB - 8 2006

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**CHARLESTON AREA MEDICAL
CENTER, INC.,**

       **Plaintiff,**

**v.**

       **CIVIL ACTION NO. 2:05-1181**
       **(Judge Joseph Robert Goodwin)**

**HUMAYUN RASHID, M.D., ET AL.,**

       **Defendants.**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This day came Plaintiff Charleston Area Medical Center, Inc., and Defendants Humayun Rashid, M.D., Firasat S. Malik, M.D., Salim Ratnani, M.D., Kee C. Lee, M.D., Jay J. Kim, M.D., Sulaiman B. Hasan, M.D., Thoracic & Cardiovascular Associates, Inc., and Nestor F. Dans, M.D., all by their respective counsel, and announced to the Court that all matters and differences between the parties have been amicably adjusted, compromised, and settled and thereupon, Plaintiff moves the Court to dismiss the above-styled action, with prejudice, as being fully compromised, settled, and agreed. After mature consideration of the agreement of the parties and of the entire record in this matter, and there being no objection to said motion, it is therefore, accordingly, **ORDERED, ADJUDGED**, and **DECREED** that this civil action shall be and is hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that the Circuit Clerk shall remove this civil action from the docket and shall send copies of this Order to all counsel of record.

Entered this _____ day of February, 2006.

The Honorable Judge Joseph Robert Goodwin

PREPARED BY:

_____
Robert J. O'Neil (WV State Bar No. 2785)
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
Charleston, WV 25301
   *Counsel for Plaintiff Charleston Area
   Medical Center, Inc.*

INSPECTED BY:

_____
Karen Hamrick Miller (WV State Bar No. 1567)
Miller Snyder Weiler & Walters
2 Hale Street
Charleston, WV 25301
   *Counsel for Defendants Humayun Rashid, M.D.,
   Firasat S. Malik, M.D., Salim Ratnani, M.D.,
   Kee C. Lee, M.D., Jay J. Kim, M.D., Sulaiman B. Hasan, M.D.,
   and Thoracic and Cardiovascular Associates, Inc.*

_____
Trevor K. Taylor (WV State Bar No. 8862)
The Robinette Legal Group PLLC
475 Fairchance Road
Morgantown, WV 26508
   *Counsel for Defendant Nestor F. Dans, M.D.*

2